**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| BILLY D. FOWLER,<br><br>      Petitioner,<br><br> v.<br><br>MAGGIE MILLER-STOUT,<br><br>      Respondent. | NO. C09-5107 BHS/KLS<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER PETITION |

The Court, having reviewed the record and Respondent's Motion for Extension of Time to Answer Petition; does hereby find and ORDER:

1. Respondent's Motion (Dkt. 11) is GRANTED; Respondent's Answer is due **May 22, 2009**;

2. The Clerk of the Court is instructed to send copies of this Order to Petitioner and counsel for Respondent.

DATED this 26th day of May, 2009.

                       /s/ Karen L. Strombom
                       Karen L. Strombom
                       United States Magistrate Judge