UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY D. FOWLER,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C09-5107BHS

ORDER OVERRULING PETITIONER'S OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, AND DISMISSING PETITION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 18) and Petitioner's Objections to the Report and Recommendation (Dkt. 19).

On February 27, 2009, Petitioner filed a Petition for Writ of Habeaus Corpus. Dkt. 1. On August 6, 2009, Judge Strombom issued a Report and Recommendation and recommended that the Court deny the petition and dismiss this action. Dkt. 18. On August 19, 2009, Petitioner filed an Objection to the Report and Recommendation. Dkt. 19.

First, Petitioner "objects to the summarized facts in part as follows: At about 2:30 a.m. on November 2, 2003, a surveillance camera recorded a person cutting into a club." Dkt. 19 at 1-2. Petitioner argues that nowhere in the record "is there any mention of a person seen cutting into the club." *Id*. In summarizing the facts, Judge Strombom quoted the Washington Court of Appeals' order dismissing Petitioner's personal restraint petition. *Compare* Dkt. 13, Exh. 18 (order dismissing petition) *with* Dkt. 18 at 2. Therefore, Petitioner is objecting to the state court record. In a federal habeas proceeding, state court

ORDER – 1

findings are presumptively correct and a petitioner bears the burden to rebut the presumption by clear and convincing evidence. 28 U.S.C. § 2254(e)(1). In this case, even if Petitioner has rebutted the presumption of correctness, the exclusion of the factual statement would have no affect on the merits of Petitioner's federal habeas claims.

Second, Petitioner "objects to the Procedural History in part as follows: [Petitioner] filed a statement of additional grounds as part of his Direct Appeal." Dkt. 19 at 3. The Court has reviewed the procedural history and adopts Judge Strombom's report as accurate.

Third, Petitioner requests an evidentiary hearing based on newly discovered evidence. Dkt. 19 at 3-4. Judge Strombom found that:

> an evidentiary hearing is not required in this case as [Petitioner's] habeas claims are matters that can be resolved by reference to the state court record. His habeas claims raise purely issues of law, rather than factual disputes, and therefore, an evidentiary hearing to resolve questions of fact, is not necessary to resolve his claims.

Dkt. 18 at 5. After reviewing Petitioner's claims and his alleged newly discovered evidence, the Court agrees with Judge Strombom's finding and denies Petitioner's request for an evidentiary hearing.

Fourth, Petitioner objects to Judge Strombom's recommendation that the Court should deny Petitioner's first and third claims for relief. Dkt. 19 at 4-5. On these claims, Judge Strombom found as follows:

> The decisions by the Washington Court of Appeals and Washington Supreme Court regarding [Petitioner's] first and third ground for relief were not contrary to or an unreasonable application of clearly established federal law, as determined by the U.S. Supreme Court.

Dkt. 18 at 13. Petitioner has failed to show any error of law in Judge Strombom's conclusion. Regardless, the Court has reviewed the record and the petition. The Court agrees with Judge Strombom's report as to Petitioner's first and third claims for relief and denies these claims.

Fifth, Petitioner objects to Judge Strombom's recommendation that the Court should deny Petitioner's second claim for relief. Petitioner objects by reasserting his original

ORDER – 2

arguments on this issue.  After review of the record, the Court agrees with Judge Strombom's report as to Petitioner's second claim for relief and denies this claim.

Last, Petitioner objects to Judge Strombom's recommendation that the Court should deny his fourth claim for relief.  Dkt. 19 at 6-10.  Judge Strombom found that Petitioner had failed to exhaust his remedies on this claim and that he had also failed to show cause and prejudice or a fundamental miscarriage of justice.  Dkt. 18 at 17-23.  Petitioner has failed to show that Judge Strombom made any error of law or fact in reaching her conclusion. Regardless, the Court reviewed the record and the petition.  The Court agrees with Judge Strombom's report on this issue and denies this claim.

The Court having considered the Report and Recommendation (Dkt. 18), Petitioner's objections (Dkt. 19), and the remaining record, does hereby find and order:

(1) The Court **OVERRULES** Petitioner's Objections;

(2) The Court adopts the Report and Recommendation; and

(3) The Petition for Writ of Habeas Corpus (Dkt. 1) is **DISMISSED** because the Court denies all of Petitioner's claims for relief.

DATED this 2nd day of October, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 3