AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

BILLY D. FOWLER

v.

MAGGIE MILLER-STOUT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5109BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Petitioner's Objections;

The Court adopts the Report and Recommendation; and

The Petition for Writ of Habeas Corpus (Dkt. 1) is **DISMISSED** because the Court denies all of Petitioner's claims for relief.

October 5, 2009                                          BRUCE RIFKIN
                                                                                         Clerk

                                                                               *s/CM Gonzalez*
                                                                            Deputy Clerk